Rick R. Hsu, Esq., NV Bar # 5374
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
P. O. Box 30000
Reno, NV 89520
(775) 827-2000
Attorneys for Third Party Defendants
Cameron Iacovelli and Kelly Iacovelli

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW CURITTI and MARIA
CURITTI, individuals,

      Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A.,; CJT
FINANCIAL GROUP; and DOES I-XX,
inclusive,

      Defendants.

And Related Actions.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:12-CV-00442-RCJ-WGC

**NOTICE OF WITHDRAWAL**

    The law firm of Maupin, Cox & LeGoy hereby withdraws as counsel of record for Third Party Defendants CAMERON IACOVELLI and KELLY IACOVELLI (who were dismissed on May 6, 2013 [Docket #80]) in the above-entitled matter pursuant to Supreme Court Rule 46.

    Dated this 8th day of July, 2013.

                    MAUPIN, COX & LEGOY

                    By: _____
                        Rick R. Hsu, No. 5374
                        4785 Caughlin Parkway
                        Reno, Nevada 89519

                    Attorneys for Third Party Defendants
                    Cameron Iacovelli and Kelly Iacovelli

IT IS SO ORDERED this 9th day of July, 2013.

                    William M. Robb
            _____
            UNITED STATES MAGISTRATE JUDGE