1 JOAN C. WRIGHT, ESQ.
Nevada State Bar No. 1042
2 RYAN D. RUSSELL, ESQ.
Nevada State Bar No. 8646
3 ALLISON, MacKENZIE, PAVLAKIS,
WRIGHT & FAGAN, LTD.
4 402 North Division Street
P. O. Box 646
5 Carson City, NV 89702
Phone: (775) 687-0202
6 Facsimile (775) 882-7918
E-mail: jwright@allisonmackenzie.com
7          rrussell@allisonmackenzie.com

8 Attorneys for Plaintiffs, MATTHEW
CURITTI and MARIA CURITTI
9

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW CURITTI and MARIA CURITTI, individuals,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N. A.; CJT FINANCIAL CROUP; and DOES I-XX, inclusive,<br><br>　　　　　　　Defendants.<br>_____<br>JPMORGAN CHASE BANK, N. A.<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>MATTHEW CURITTI and MARIA CURITTI,<br><br>　　　　　　　Counterdefendants.<br>_____<br>JPMORGAN CHASE BANK, N. A<br><br>　　　　　　　Third Party Plaintiff,<br><br>v.<br><br>JASON S. PETERSON, an individual; ANGELINA PETERSON aka ANGELINA LARA, an individual; RACHEL BARSTOW aka | CASE 3:12-cv-00442-RCJ-WGC<br><br><br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO RELEASE FUNDS, VACATE ORDER, ENTER JUDGMENT QUIETING TITLE AS AGAINST JPMORGAN CHASE BANK, N.A., AND DISMISS CLAIMS WITH PREJUDICE** |

| | |
|---|---|
| 1 | RACHEL PETERSON an individual; )<br>ROBERT CONDON, an individual; ) |
| 2 | CAMERON IACOVELLI, an individual; )<br>KELLY IACOVELLI, an individual; ) |
| 3 | JAMES C. CASTLE aka J. CHRISTOPHER )<br>CASTLE, an individual; ) |
| 4 | CJT FINANCIAL GROUP, )<br>GOLDEN HILLS TRUST, ) |
| 5 | REMUS A. KIRKPATRICK aka AL )<br>KIRKPATRICK, an individual; AND DOES 1-100, ) |
| 6 | inclusive, )<br>) |
| 7 | Third Party Defendants. )<br>_____ ) |

Defendant JPMorgan Chase Bank, N.A. ("Chase"), and Plaintiffs Matthew Curitti and Maria Curitti ("Curittis"), by and through their respective counsel, hereby stipulate and agree as follows:

IT IS STIPULATED AND AGREED that Chase and the Curittis have resolved their respective claims against each other in this action; and, accordingly,

IT IS FURTHER STIPULATED AND AGREED that none of the parties herein shall enforce the Order entered in this action on March 7, 2013, as Docket No. 56 (the "Order"), and the Order shall be deemed withdrawn, vacated, and of no further force or effect; and

IT IS FURTHER STIPULATED AND AGREED that the Court Clerk shall be directed to immediately release to Chase any and all funds on deposit with the Court Clerk related to this action, including any funds that may remain on deposit with the Clerk of the Court of the Third Judicial District Court in and for the State of Nevada, County of Lyon, the Court in which this action originated; and

IT IS FURTHER STIPULATED AND AGREED that title to the property at issue in this action, commonly known as 1711 Branding Court, Fernley, Nevada 89406 (the "Property"), and more particularly described in Exhibit 1 attached hereto, shall be quieted in Curittis with respect to all claims of Chase (including, without limitation, all claims of any predecessors of Chase), and that the Court may enter a judgment quieting title in the Property in favor of Curittis as against all parties to this action, and all parties claiming under such parties, whether such persons are attempting to enforce any deed of trust or asserting any adverse claim to Curittis' title to the Property for any reason, upon entry of a Default Judgment against CJT Financial; and

  IT IS FURTHER STIPULATED AND AGREED that all claims of the Curittis not resolved by the entry of a Judgment Quieting Title in the Curittis, asserted in this action against Chase, and all claims of Chase asserted in this action against the Curittis, shall be dismissed with prejudice, with each of the parties to bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED this 23rd day of July, 2013. | DATED this 23rd day of July, 2013. |
| SMITH LARSEN & WIXOM | ALLISON, MacKENZIE, PAVLAKIS, WRIGHT & FAGIN, LTD. |
| /s/ KENT F. LARSEN | /s/ RYAN D. RUSSELL |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Katie M. Weber, Esq.<br>Nevada Bar No. 11736<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. | Joan C. Wright, Esq.<br>Nevada Bar No. 1042<br>Ryan D. Russell, Esq.<br>Nevada Bar No. 8646<br>402 N. Division St.<br>Carson City, NV 89702<br>Attorneys for Plaintiffs<br>Matthew Curitti and Maria Curitti |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_ October 15, 2013 _____

# EXHIBIT 1

THE LAND REFERRED TO HEREIN IS SITUATED IN THE STATE OF NEVADA, COUNTY OF LYON, DESCRIBED AS FOLLOWS

LOT 124, AS SHOWN ON THE FINAL MAP OF RIVER RANCH SUBDIVISION UNIT #2, RECORDED IN THE OFFICIAL RECORDS OF LYON COUNTY, NEVADA, ON AUGUST 11, 2003, AS DOCUMENT NO. 301877.

EXCEPTING THEREFROM ANY AND ALL WATER RIGHTS AS APPORTIONED BY THE TRUCKEE-CARSON IRRIGATION DISTRICT.

ASSESSOR'S PARCEL NO  20-942-07